1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
6  JAMMIE FIERROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  1:09-cr-00089 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND SENTENCING HEARING; |
| v. | ) | ORDER |
| JAMMIE NICHOL FIERROS, | ) | Date:  May 14, 2010 |
| Defendant. | ) | Time:  9:00 A.M. Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new sentencing schedule be set as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Report Available | February 26, 2010 | April 9, 2010 |
| Informal Objections Due | March 12, 2010 | April 23, 2010 |
| Formal Objections Due | March 26, 2010 | May 7, 2010 |
| Sentencing Hearing | April 2, 2010 - 9:00 A.M. | May 14, 2010 - 9:00 A.M. |

Defendant Fierros has entered into a plea agreement which allows the government to withdraw from the agreement should the co-defendants not resolve their cases. The government has indicated it would notify the defense of its intention as to whether to proceed with the plea agreement after March 19, 2010. As a result, the defendant has not been interviewed by probation. For the reasons stated above, the defense requests a continuance. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 19, 2010         By:  /s/ Mark E. Cullers
                                   MARK E. CULLERS
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: March 19, 2010         By:   /s/ Marc Days
                                    MARC DAYS
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    JAMMIE NICHOL FIERROS

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). The request to continue the sentencing is GRANTED.

DATED: March 22, 2010

 /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, Judge
United States District Court